Pfeifer, J.,
concurring in part and dissenting in part.
{¶ 54} I concur in the portion of the judgment granting the writ of mandamus, in the ultimate conclusion of the majority that the December 2015 petition filing exceeded the minimum-signature threshold, and in the order that the court issues. I dissent in part only because I would hold that the part-petitions contain more valid signatures than the lead opinion recognizes.
{¶ 55} I would add to the signature total the signatures stricken due to alleged overcounting in Cuyahoga County (10 signatures), Adams County (22 signatures), Delaware County (10 signatures), and Sandusky County (20 signatures), for the reasons stated in my dissent in Ohio Manufacturers’ Assn. v. Ohioans for Drug Price Relief Act, 149 Ohio St.3d 250, 2016-Ohio-5377, 74 N.E.3d 399, ¶ 66-79.